# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Fisher, D M. | 2. Court or Organization<br><br>U.S Court of Appeals 3rd Circuit | 3. Date of Report<br><br>11/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

5360 Joseph F. Weis Jr., US Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | University of Pittsburgh School of Law |
| 2. | Adjunct Professor | West Virginia College of Law |
| 3. | Adjunct Professor | Georgetown University Law Center |
| 4. | Member, Board of Trustees | University of Pittsburgh |
| 5. | Member, Board of Trustees | Senator John Heinz History Center |
| 6. | Member and Chair | St. Clair Country Club Capital Gifts Committee |
| 7. | Director | Winding Stream Home Owners Association |
| 8. | President | Spring Run Mens Golf Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1975-03 | Pennsylvania State Employees Retirement Fund, Defined Benefit Pension Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, D M. | 11/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | University of Pittsburgh School of Law - Salary | $10,000.00 |
| 2. 2016 | Georgetown University Law Center - Salary | $10,000.00 |
| 3. 2016 | West Virginia - Salary and Expenses | $4,500.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Pro Limited (Consultant) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pennsylvania Bar Association | 1/27/2016 to 1/31/2016 | St. Maarten, Netherlands Antilles | Midyear Meeting / Panel Member | Transportation, lodging, meals |
| 2. | NAGTRI | 05/9/2016 | Washington, DC | Appellate Practice Conference | Transportation, meals |
| 3. | PBA | 5/12/2016 to 05/13/2016 | Hershey, PA | PBA Meeting | Transportation, lodging, meals |
| 4. | ACBA | 6/16/2016 to 6/17/2016 | Champion, PA | Bench Bar | Transportation, lodging, meals |
| 5. | Waynesburg University | 7/30/2016 to 8/5/2016 | Cambridge, United Kingdom | Lecture | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, D M. | 11/15/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | PBI | 8/23/2016 to 8/24/2016 | Philadelphia, PA | PBI Annual Court Roundup | Transportation, lodging, meals |
| 7. | Academy of Trial Lawyers | 9/30/2016 to 10/1/2016 | Farmington, PA | Retreat | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fisher, D M.** | 11/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Armand Dellovade | Farmington, PA and West Palm Beach, FL / Gold, meals, lodging | $1,800.00 |
| 2. | Pittsburgh Penguin Foundation | Ticket to Stanley Cup | $400.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, D M. | 11/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Wellington Fund | C | Dividend | M | T | | | | | |
| 2. Citizens Bank of Pennsylvania | B | Interest | L | T | | | | | |
| 3. PNC Bank | B | Interest | M | T | | | | | |
| 4. Scudder Investments, Money Market Fund | A | Int./Div. | J | T | | | | | |
| 5. PA State Employee Retirement Fund | | None | P1 | U | | | | | |
| 6. MassMutual Evolution Variable Annuity MML Balanced allocation Fund | D | Int./Div. | N | T | | | | | |
| 7. Huntingdon Bank, Stock | A | Dividend | J | T | | | | | |
| 8. Ameriserve Financial, Stock | A | Dividend | J | T | | | | | |
| 9. Callon Consolidated Partners, Ltd - Stock | | None | J | T | | | | | |
| 10. Legg Mason Value Trust, Mutual Fund | A | Dividend | L | T | | | | | |
| 11. C.M. Life Ins. Co. Flex. Prem. Adjust. Univ. Life Policy | D | Interest | L | T | | | | | |
| 12. Merrill Lynch, Black Rock Global | A | Dividend | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, D M. | 11/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, D M. | 11/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ D M. Fisher**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544